Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court

## NORTHERN DISTRICT OF ALABAMA

_Nathaniel Wayne_

Plaintiff
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

-v-

_Karon tubbs - Keller Williams_ _(Gardendale)_

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No. _____
(to be filled in by the Clerk's Office)

JURY TRIAL  ☒ Yes  ☐ No

2:17-cv-00767-MHH

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A.** **The Plaintiff**
Name: _Nathaniel Wayne_
Street Address: _7791 Indian Gap Trail_
City and County: _McCalla, AL 35111  Jefferson_
State and Zip Code: _205-807-7275  AL  35111_
Telephone Number: _205 - 807 - 7275_

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
 Name     _Karon Tubbs_
 Job or Title   _Broker_
 Street Address  _# 651 Main street_
 City and County _Gardendale , AL   Jefferson_
 State and Zip Code _Alabama   35071_

Defendant No. 2
 Name     _Keller Williams Realty_
 Job or Title
 Street Address
 City and County
 State and Zip Code

Defendant No. 3
 Name
 Job or Title
 Street Address
 City and County
 State and Zip Code

Defendant No. 4
 Name
 Job or Title
 Street Address
 City and County
 State and Zip Code

Defendant No. 5
 Name
 Job or Title
 Street Address
 City and County
 State and Zip Code

**II.    Basis for Jurisdiction**

Federal courts are court of limited jurisdiction (limited power).  Generally, only these types of cases can be heard in federal court:  a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Constitutional or Federal Question     ☐ USA Defendant     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction is USA defendant**

The Defendant(s)

Name of Agency _____

Address        _____

**B.    If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*the Userra Act , the Americans with disabilities Act*

**C.    If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

2. The Defendant(s)

a.      If the defendant is an individual

The defendant, *(name)*_____, is a citizen of the State of *(name)*_____.  Or is a citizen of *(foreign nation)*_____.

Se General Complaint for a Civil Case (Rev.10/16)

b.  If the defendant is a corporation,
The defendant, *(name)* __Karon Tubbs__, is incorporated
under the laws of the State of *(name)* __Alabama__, and has its
principal place of business in the State of *(name)* __Alabama__.
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)* __Keller Williams Gardendale, Al__

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount at state – is more than $75,000, not counting interest and costs of court, because *(explain)*
__The defendant violated the Ada Act as well as__
__the Userra Act by not accomendating a__
__decorated service member (Veteran)__

## III.  Statement of Claim

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__The defendant failed to accomendate me while I__
__tried to become gainfully employeed as a__
__real estate agent. I was mistreated by the__
__defendant and wasn't properly accomendated for__
__my disability.__

## IV.  Relief

State Briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__Compensation in the form of emotional destress,__
__punitive damages and or deterrent damages if__
__at all possible because 22 veterans commit__
__suicide everyday and the not only denial of employment__
__but failure to accomendate me has caused me to__
__have severe emotional distress.__

Pro Se General Complaint for a Civil Case (Rev. 10/16)

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Nathaniel_      Last Name _Wayne_

Mailing Address _7791 Indian Gap Trail_

City and State _McCalla, Alabama_      Zip Code _35111_

Telephone Number _205- 807- 7275_

E-mail Address _nathan.gay.53@gmail.com_

Signature of plaintiff _Nathaniel Wayne_

Date signed _05-10-17_

**\*\*OPTIONAL\*\***

You may request to receive electronic notifications. You may not file documents or communicate with the Court electronically. All documents must be submitted in paper and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov.
- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

Pro Se General Complaint for a Civil Case (Rev.10/16)

E-mail type:

    ☒    HTML – Recommended for most e-mail clients

    ☐    Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the Court will test and verify receipt, you will be allowed to receive electronic notifications.

Submitting this request the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5 (b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_Nathan.gay53@gmail.com_

Participant signature: _Nathaniel Wayne_

Date: _05/10/17_



**DEPARTMENT OF VETERANS AFFAIRS**
**Medical Center**
**700 South 19th Street**
**Birmingham, AL 35233**

In Reply Refer To: 116-B

May 24, 2016

Re: Nathaniel Wayne (DOB: February 28, 1982)

To Whom It May Concern:

I am a psychiatrist at the Birmingham VA Medical Center. I saw Mr. Nathaniel Wayne today, May 24, 2016. He has been diagnosed with posttraumatic stress disorder (PTSD) secondary to his military service in Iraq. He first came to this clinic for treatment in 2008. He has also been diagnosed with a traumatic brain injury which he suffered while in the military. Currently he is considered to have a service connected disability due to PTSD. He has reported a history of multiple suicide attempts due to his mental health symptoms and is currently on the list of veterans considered high risk for suicide.

Mr. Wayne has been involved in treatment in this clinic intermittently since then. This has included both therapy and medication. He seems to have received limited benefit from treatment so far. Although it is possible he may receive additional benefit with treatment, it is most likely that his symptoms of PTSD will continue regardless. Prognosis for dramatic improvement seems guarded at best.

Mr. Wayne reports that he is severely limited in activities he can do by himself. One major impediment is that he reports he can't drive due to severe anxiety and anger and effects of his TBI. He has had to employ a medical assistant to help him with driving and other instrumental activities of daily living.

Although he reports he was granted additional benefits from VA, he states that payment for these benefits has been delayed. He reports this has caused significant financial strain and he is behind on rent and in danger of being evicted. This has resulted in significant exacerbation of his PTSD symptoms and currently they seem fairly severe. If evicted, I predict his PTSD symptoms would be further worsened. It would be of great assistance to him for any financial aid to be expedited. Please take this into consideration as appropriate.

John Gewin, MD
Psychiatrist
Birmingham VA Medical Center

# Progress Notes

```
LOCAL TITLE: MH INTAKE NOTE
STANDARD TITLE: MENTAL HEALTH ADMISSION EVALUATION NOTE
DATE OF NOTE: JAN 14, 2008@15:19      ENTRY DATE: JAN 14, 2008@15:19:26
     AUTHOR: PARKER,PAMELA E      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

CHIEF COMPLAINT/SOURCE OF REFERRAL: Jeff Bloch, SW

HISTORY OF PRESENT ILLNESS:
Best friend killed in June last year, wife of 2 years left him while he was
there, he hasn't seen his wife and daughter since before he left.  He was told
while in Iraq that his wife had separated from him.
He is troubled by loud noises, finding himself stuttering.

He is very worried about his memory, trouble with short term memory.
+Nightmares increasing to almost every night, flashbacks, avoids crowds,
isolating himself.

Social support=mom, dad works a lot, brother not really available.

Sleep disturbed, stays up until 1100 nightly, avoids caffeine, watches tv until
he falls asleep, awakens during the night gasping for air, feeling like he is in
a state of panic.

PAST PSYCHIATRIC HISTORY:
Patient has been treated with paxil and klonopin.  He was given zoloft,
fluoxetine, which were not helpful.
First treated shortly after arrival in Mosul, treated with klonazepam and
paroxetine.

PAST MEDICAL HISTORY:
Broken Left ankle foot (recurring stress fxs) in marine training.

CURRENT MEDICATIONS:
none

ALLERGIES:  nkda

SOCIAL HISTORY:
Development--Grew up in Fultondale,
Education--HS, joined military immedicately following hs
Marriage--once
Children--one daughter
Military--Marine Corps--injured as rifleman 0311, Army later accepted him, 11
Bravo, military x4 years.  He requested R&R during duty, but it was denied.
Occupation--working desk job overseeing construction off hwy 280.

FAMILY HISTORY:  no psych hx known

SUBSTANCE USE:  no illicits, drinks on the weekends, 12 pack per weekend

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| WAYNE, NATHANIEL | Printed at BIRMINGHAM VAMC |
| 4457 canterbury st | |
| MOUNT OLIVE, ALABAMA  35117 | |
| DOB:02/28/1982 | |
```

# Progress Notes

```
LOCAL TITLE: TBI SECOND LEVEL EVALUATION
STANDARD TITLE: TBI NOTE
DATE OF NOTE: FEB 08, 2012@10:04:57  ENTRY DATE: FEB 08, 2012@10:04:58
     AUTHOR: HANNAH,JOANNA A      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

1. Marital Status: Divorced or separated
2. PreMilitary Education: HS or equivalent
3. Current Employment Status: Unemployed looking for work
4. OEF/OIF Injury Dates:
    Injury1: 6/07
    Injury2:
    Injury3:

5. Injury Etiology:
    5a. Bullet:No    Episodes:
    5b. Vehicular:No    Episodes:
    5c. Fall:No    Episodes:
    5d. Blast:Yes    Episodes:5 or more

    Blast Details:
        5d1. Blast Primary:Yes
            Episodes:5 or more
            Distance:50 feet or more
        5d2. Blast Secondary:No
            Episodes:
            Distance:
        5d3. Blast Tertiary:Yes
            Episodes:
            Distance:
        5d4. Blast Quaternary:No
            Episodes:
            Distance:

        5d5. Blast Type Details:
            Bomb

5e. Other Injury Etiology:
        Were you Injured in any other way:No
        Other Injury Description:

6. Loss of Consciousness: Yes
    #of occurences: 1
    duration of longest period of loss of consciousness: 1 minute to 30 minutes

7a. Disorientation or Confusion: No
    #of occurences:
    duration of longest disorientation or confusion: No alteration of

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| GAY, NATHANIEL WAYNE<br>4007 Virginia Lane<br>HELENA, ALABAMA  35080<br>420253592 | Printed at BIRMINGHAM VAMC |

# Progress Notes

months.
An alcohol screening test (AUDIT-C ) was positive (score=9).

    1. How often did you have a drink containing alcohol in the
    past year? Two to four times a month

    2. How many drinks containing alcohol did you have on a
    typical day when you were drinking in the past year? 10 or
    more

    3. How often did you have six or more drinks on one occasion
    in the past  year? Weekly
2. SCREEN FOR INFECTIOUS DISEASES AND CHRONIC SYMPTOMS
   2A. SCREEN FOR GI SYMPTOMS
      The patient reports no GI symptoms.
   2B. SCREEN FOR FEVER
      The patient reports no unexplained fevers.
   2C. SCREEN FOR SKIN RASH/LESIONS
      The patient reports having a persistent papular or nodular
     skin rash.
    Comment: Rash on leg and back of arms.
   2D. SCREEN FOR OTHER SYMPTOMS
      The patient reports having other physical symptoms that have
     lasted 3 months or longer and have interfered with ADLs.
    Symptoms:  Forgetfulness very bad.
3. SCREEN FOR DEPRESSION (PHQ-2)
   Over the last 2 weeks, how often have you been bothered by any of
      the following problems?
       1. Little interest or pleasure in doing things?
         Nearly everyday.
       2. Feeling down, depressed, or hopeless?
         Several days.
    Summary Score = 4 and PHQ-2 is positive.
4. SCREEN FOR PTSD
   Have you ever had any experience that was so frightening,
   horrible, or upsetting that, IN THE PAST MONTH, you:
   1. Have had any nightmares about it or thought about it when you
     did not want to?

     Answer: Yes

   2. Tried hard not to think about it or went out of your way to
     avoid situations that remind you of it?

     Answer: Yes

   3. Were constantly on guard, watchful, or easily startled?

     Answer: Yes

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WAYNE,NATHANIEL<br>4457 canterbury st<br>MOUNT OLIVE, ALABAMA   35117<br>DOB:02/28/1982 | Printed at BIRMINGHAM VAMC |

# Progress Notes

consciousness

7b. Period of Post Traumatic Amnesia: No
    #of occurences:
    duration of longest PTA: No Post traumatic Amnesia

8. Penetration of skull/cranium: No, non-penetrating
9. Patient was wearing a helmet: No
10. Patient was evacuated from theatre: No
11. Patient has had prior treatment TBI: No
    medications for prior TBI:

12. Patient experienced a brain injury or concussion prior to their OEF/OIF
deployment: No
13. Patient experienced a brain injury or concussion since their OEF/OIF
deployment: No
14. Patient has been told they are acting differently : Yes

15 Neurobehavioral Symptoms
    15a Feeling Dizzy: None 0
    15b Loss of Balance: None 0
    15c Poor coordination, clumsy: Mild 1
    15d Headaches: None 0
    15e Nausea: None 0
    15f Vision Problems, blurring, trouble seeing: None 0
    15g Sensitivity to light: Mild 1
    15h Hearing Difficulty: Very Severe 4
    15i Sensitivity to noise: Very Severe 4
    15j Numbness or tingling on parts of my body: None 0
    15k Change in taste or smell: None 0
    15l Loss of appetite or increased appetite: Mild 1
    15m Poor concentration, cannot pay attention: Moderate 2
    15n Forgetfullness, cannot remember things: Very Severe 4
    15o Difficulty making decisions: Mild 1
    15p Slowed thinking, difficulty getting organized, cannot finish things:
Moderate 2
    15q Fatigue, loss of energy, getting tired easily: Moderate 2
    15r Difficulty falling or staying asleep: Moderate 2
    15s Feeling anxious or tense: Very Severe 4
    15t Feeling depressed or sad: Severe 3
    15u Irritability, easily annoyed: Very Severe 4
    15v Poor frustration tolerance, feeling easily overwhelmed by things: Very
Severe 4

16. Have these symptoms interfered with life of past 30 days: Extremely, in what
areas desc: EVERDAY LIVING
17. Pain present in the last 30 days: No
    Pain location if other:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

GAY, NATHANIEL WAYNE
4007 Virginia Lane
HELENA, ALABAMA  35080            Printed at BIRMINGHAM VAMC
420253592

# Progress Notes

```
          4. Felt numb or detached from others, activities, or your
             surroundings?

             Answer: Yes

             PTSD screen score = 4
             PTSD screen is 'POSITIVE'
BIR-TBI SCREENING:
  The patient reports service in Operation Iraqi Freedom or Operation
     Enduring Freedom.

                  TRAUMATIC BRAIN INJURY SCREENING
  Has the veteran already been diagnosed as having TBI during OIF/OEF
     deployment?
  No

  Section 1: The veteran experienced the following events during OIF/OEF
     deployment:
  Blast or Explosion IED (improvised explosive device), RPG (rocket
     propelled grenade), Land Mine, Grenade, etc.
  Vehicular accident/crash (any vehicle, including aircraft)

  Section 2: The veteran had the following symptoms immediately
     afterwards:
  Veteran denies any symptoms immediately afterwards.  Negative Screen

/es/ JEFFREY F BLOCH
OEF/OIF Program Manager
Signed: 01/14/2008 17:01
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WAYNE, NATHANIEL<br>4457 canterbury st<br>MOUNT OLIVE, ALABAMA  35117<br>DOB: 02/28/1982 | Printed at BIRMINGHAM VAMC |

# Progress Notes

Has pain interfered with the individuals life over the past 30 days: Not at
all   Areas in which individual is having difficulties:

18. Status of symptoms since the time of the deployment: Worse

Additional History: see note

Current Medications: see note

Physical Exam: see note

PROFESSIONAL CONCLUSION/ASSESSMENT
19. Psychiatric Symptoms: Yes
     Symptoms of which disorders are present:
      PTSD

20. SCI: No
21. Amputation: No: None
22. Other significant medical conditions/problems: No
23. Are the history of the injury and the course of clinical symptoms consistent
with a diagnosis of TBI sustained during OEF/OIF deployment: Yes

     23a. In your clinical judgment the current clinical symptom presentation is
most consistent with: Behavioral Health conditions (e.g., PTSD, depression,
etc.)

PLAN
24. Follow up plan: VA Consultation Submitted
    Education: Yes
    Consults: No

    PNC/site: No/
    Electro Diagnostic Study: No
    Lab: No
    Head CT: No
    Brain MRI: No
    Other Consultation: No
    New Med: No
Other Information: see ntoe
Site for Secondary Eval: 521


/es/ JOANNA A HANNAH
STAFF PHYSICIAN
Signed: 02/08/2012 10:05

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)** | **VISTA Electronic Medical Documentation**

GAY, NATHANIEL WAYNE
4007 Virginia Lane
HELENA, ALABAMA   35080      Printed at BIRMINGHAM VAMC
420253592

# Progress Notes

```
LOCAL TITLE: TRAUMATIC BRAIN INJURY CONSULT RESULT
STANDARD TITLE: TBI CONSULT
DATE OF NOTE: FEB 08, 2012@09:29    ENTRY DATE: FEB 08, 2012@09:29:47
      AUTHOR: HANNAH,JOANNA A      EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

TRAUMATIC BRAIN INJURY NOTE

FEB 08, 2012

OEF/OIF Veteran Status: OIF FROM JUN 19, 2006 TO SEP 25, 2007

CHIEF COMPLAINT:  TBI Second Level Screen

HISTORY OF PRESENT ILLNESS: Mr. Gay is a 29yo male veteran here for TBI eval.
He was deployed from 6/06 - 9/07.  He states that during his deployment, he was
exposed to multiple blasts. He believes there was about 1 blast that resulted in
loss of consciousness. It was related to a suicide bomber who entered the base
around 6/07. He estimates he was only out for a few minutes.  He mentions that
one incident he was not helmeted.  He did not have any disorientation and when
he regained consciousness, immediately went for cover.

His complaints are as follows:
Decrease irritability/anger:
Develop/resume hobbies:
Improve communication:
Learn more about the TBI diagnosis:
[X]Improve thinking skills (memory attention): he mentions his wife has pointed
it out, ex: needs direction in home neighborhood.
Other:

REVIEW OF SYSTEMS: none, denies SI/HI

PAST MEDICAL HISTORY:

Active problems - Computerized Problem List is the source for the following:

 1. Depression * (ICD-9-CM 311.)                    12/15/11
 2. Elevated Liver Function Tests                    01/27/10
HE DENIES ALCOHOL USE.
 3. Hiatal hernia                                    03/10/10
UGIS 2/10: SEVERE GERD, SMALL 3CM HIATAL HERNIA O/W NL.  NO MUCOSAL
ABNORMALITIES SEEN.
 4. Gastroesophageal Reflux Disorder                 03/10/10
OMEPRAZOLE CAUSED DIZZINESS. UGIS 2/10: SEVERE GERD, SMALL  3CM HIATAL HERNIA
O/W NL. NO MUCOSAL ABNORMALITIES SEEN.
 5. Environmental Allergies                          04/08/08
 6. Posttraumatic Stress Disorder                    01/20/10

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| GAY, NATHANIEL WAYNE<br>4007 Virginia Lane<br>HELENA, ALABAMA  35080<br>420253592 | Printed at BIRMINGHAM VAMC |

# Progress Notes

```
BORLAZA,RONALD F
HE IS NOT REQUIRING ANY MEDS OR PSYCH FOR NOW.

SOCIAL HISTORY:
TOB: NONE
etoh: none
drugs: none

rank: E-1, loss of rank, related to PTSD,
lawsuit for increase ptsd rating and change of discharge status,

MEDICATIONS:

Active Outpatient Medications (including Supplies):

    Active Outpatient Medications                     Status
===================================================================
1)   ESCITALOPRAM OXALATE 20MG TAB TAKE ONE-HALF TABLET BY   ACTIVE
        MOUTH EVERY DAY

ALLERGIES: OMEPRAZOLE

PHYSICAL EXAM:
VITALS:
Temp:  97.1 F [36.2 C] (02/08/2012 09:30)
Pulse:  70 (02/08/2012 09:30)
Resp:  18 (02/08/2012 09:30)
BP:  129/69 (02/08/2012 09:30)
Pain Score:  0 (02/08/2012 09:30)

GENERAL: No Apparent distress; tearful

CARDIOVASCULAR:  Regular Rate & Rythm

CHEST:  Clear to auscultation

EXTREMETIES:  No edema

SLUMS: 18/30 (dementia), -1 animal naming, -3 object recall, -2 serial numbers,-
2 time correct, -4 story recall

MOTOR: 5/5 x 4 extremities

Cranial nerves: 3-12 intact


IMPRESSION: According to today's history and current DOD guidelines,
GAY,NATHANIEL WAYNE likely sustained a mTBI during deployment.
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

GAY, NATHANIEL WAYNE
4007 Virginia Lane
HELENA, ALABAMA  35080
420253592

Printed at BIRMINGHAM VAMC

Page 5

TANDARD TITLE: MENTAL HEALTH ADMISSION EVALUATION NOTE
ATE OF NOTE: MAR 07, 2008@12:23      ENTRY DATE: MAR 07, 2008@12:23:34
    AUTHOR: GEWIN,JOHN W          EXP COSIGNER:
INSTITUTION:
    DIVISION: BIRMINGHAM, ALABAMA
    URGENCY:                              STATUS: COMPLETED

C: "I'm frustrated"
--
PI:
6 yo male veteran comes to clinic today to establish care with this provider.
eteran has previously been evaluated in PTSD screening and was felt to have
TSD. Veteran reports his symptoms stem from his service in Iraq in the Army. He
erved there for 15 months as an infantryman and reports being involved in
ombat daily. He reports his best friend was killed by sniperfire. While serving
here, his wife reportedly cheated on him and seperated from him. They are now
ivorced. Veteran becomes extremely depressed and was placed on suicide watch.

eteran reports ongoing PTSD symptoms, including: nightmares, flashbacks,
rritability/anger, sleep problems, intrusive thoughts, avoidance,
ypervigilance, increased startle response. Veteran is quite concerned that he
ill "go off" on someone and get in trouble, possibly fired. He has been able to
ontrol things thus far.

eteran reports depressive symptoms as well: decreased mood, anhedonia, poor
leep, poor energy, poor appetite, poor concentration. He denies recent SI/HI.

eteran denies psychotic symptoms.

o clear manic symptoms. He does report that he often stays up late cleaning
hough. He thinks this is because he is anxious and agitated and doesn't want to
it still. He says when this happens, he often feels tired and like he needs
leep but he just can't. He admits to some impulsive behavior immediately upon
eturning from Iraq: got tongue pierced, tattoo, visited prostitute. He believes
his was a reaction to returning from warzone though and denies any similar
mpulsive behavior at other times. Says his boss occasionally thinks he talks
oo fast, but this is not long-lasting or episodic. Denies grandiosity. Of note,
reteran has been on multiple antidepressants in the past as well.

eteran was prescribed paroxetine which he took for 2 days. Stopped it because
t gave him a vague sense of chest pressure and made him feel "not like myself".
e takes ambien prn for sleep approx 1-2x weekly. This has been helpful.
--
AST PSYCH HISTORY:
reated for depression while in Iraq. No history of self-harm or psych
ospitalization.
--
AST MEDICAL HISTORY:
lenies
---
AMILY PSYCH HISTORY:
lenies
---
EDICATIONS:
active Outpatient Medications (including Supplies):

CLIN DOC: Multi-Document                                    Page: 12
GAY,NATHANIEL WAYNE SSN#420253592                  Printed on: Oct 16, 2009 10:18:58 am
System: ECP.BIRMINGHAM.MED.VA.GOV                                       Division: 322

322 COPY

. RTC in approx 6 weeks for medication followup. Veteran advised he may call to
eschedule or call with problems as necessary.

. Veteran seems at low risk for imminent serious self-harm or violence after
·eighing risk factors. Veteran advised to call 911 or go to ER in event of
·orsening psychiatric symptoms.

es/ JOHN W GEWIN
·hysician
:igned: 03/07/2008 14:59

--------------------------------------------------------------------------------
LOCAL TITLE: POST-TRAUMATIC STRESS DISORDER CLINICAL TEAM (PCT)
;TANDARD TITLE: MENTAL HEALTH TEAM NOTE
)ATE OF NOTE: FEB 05, 2008@08:54     ENTRY DATE: FEB 05, 2008@08:54:56
     AUTHOR: BURNETTE,MARY F     EXP COSIGNER:
INSTITUTION:·
   DIVISION: BIRMINGHAM, ALABAMA
   URGENCY:                           STATUS: COMPLETED

)OSTTRAUMATIC STRESS DISORDER CLINICAL TEAM (PCT)
)TSD SCREENING INTERVIEW
)ATE/TIME: February 5, 2008
:HERAPIST: Fran Burnette, MSW LCSW

)TSD SCREENING INTERVIEW

:C: "I'm here because I think I have PTSD."

:OLLATERAL INFORMATION: electronic medical records, DD214 (CIB).

): GAY, NATHANIEL WAYNE, a 25 yowm, OEF/OIF Veteran who presents to PCT for PTSD
)creening, self-referred. The veteran served in the Army from 11/2003 - 11/2007
ind US Marine Corp from 2000-2001 and completed one (15 month) tour in IRAQ from
2005-2007. MOS 11B "infantry". DD214 presented this date verifying service in
[RAQ and Combat Infantry Badge (CIB).

)SM-IV CRITERIA FOR A PTSD DIAGNOSIS:
:RITERION A (both factors must be present during event): CRITERIA MET
 X 1) The person experienced, witnessed, or was confronted with an event(s)
      that involved actual or threatened death or serious injury, or a threat
      to the physical integrity of self or others
 X 2) Response to the trauma involved intense fear, helplessness, or horror

:RITERION B (only one symptom is required): CRITERIA MET ..
Re-experiencing Symptoms: X Recurrent nightmares of the trauma (combat
                            related)
                          X Intrusive thoughts or images of the trauma
                          X Flashbacks (triggered and spontaneous)
                          X Psychological distress when reminded of the trauma
                            Physiological reactivity when reminded of trauma

:RITERION C (three [or more] symptoms are required): CRITERIA MET
Avoidance/numbing Symptoms: X Avoids thoughts/feelings/conversations of trauma

CLIN DOC: Multi-Document                                              Page: 14
GAY,NATHANIEL WAYNE  SSN#420253592                   Printed on: Oct 16, 2009 10:18:58 am
System: ECP.BIRMINGHAM.MED.VA.GOV                                    Division: 322

322 COPY

```
X Avoid activities/places/people resemble trauma
  Unable to recall an important aspect of trauma
X Diminished interest/participation in activities
X Feeling of detachment/estrangement from others
X Restricted range of affect
X Sense of a foreshortened future
```

CRITERION D (two [or more] symptoms are required): CRITERIA MET
Hyperarousal Symptoms: X Difficulty falling or staying asleep
                       X Irritability or outbursts of anger
                         Difficulty concentrating
                       X Hypervigilance
                       X Exaggerated startle response

DURATION OF SYMPTOMS: CHRONIC (however, the veteran reports symptoms have
progressively gotten worse)

CLINICALLY SIGNIFICANT DISTRESS AND/OR IMPAIRMENT:
SOCIAL (married 1x; pending divorce, 1 daughter, h/o ETOH abuse after returning
from IRAQ; currently reported drinking x2/3 beer monthly)
OCCUPATIONAL (Project Manager for Dry Wall Company - reported significant
problems with handling employees and customers)

VIOLENT BEHAVIOR:
CURRENT SI: denies
PAST MONTH: denies
PAST YEAR:  denies
PAST ATTEMPTS: none
PLAN:  none
MEANS: none
ACCESS TO FIREARMS AND STOCKPILED MEDICATIONS: n/a
CURRENT HI: denies
PAST MONTH: denies
PAST YEAR:  denies
PAST ATTEMPTS: none

PATIENTS REPORTED SEVERAL VERBAL CONFRONTATIONS WITH OTHERS but is concerned
that if he DOES NOT receive assistance with PTSD symptoms that these
confrontations could easily escalate to more physical.

SUBSTANCE USE ASSESSMENT: no recent UDS
ETOH:  x2/3 beer each month
Drugs: denies
Tobacco: denied current - past 1 ppd

SPIRITUAL/CULTURAL ASSESSMENT:  no contradictions with treatment

BRIEF MENTAL STATUS EXAM:
APPEARANCE: WM, appeared his stated age, well-groomed
BEHAVIOR:   cooperative, alert, and maintained good eye contact
MOOD:       anxious
AFFECT:     congruent
SPEECH:     WNL; normal rate, rhythm, and tone
THOUGHT:    -AV/H, -delusions, -SI/HI
JUDGMENT:   good

INSIGHT:     good

REPORTED WAR STRESSORS:

"My best friend was killed by sniper fire while I there.  I was placed on
suicide watch because I got so depressed."

"We had car bombs going off, standing and seeing bullets hit the ground all
around me, being on the roof and having rockets go off all around."


PTSD SCREENING INTERVIEW/ SOCIAL WORK

Clinician's Name:  Fran Burnette, MSW, LCSW

Date of Assessment/Admission for Treatment: February 5, 2008

I.   DESCRIPTION AND BACKGROUND

1.Veteran's Name (Last name, First name) Gay, Nathaniel Wayne

2. Social Security Number: 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

3. Date of Birth: February 28, 1982 (25)

4. Gender          X 1. Male          2. Female

5. Marital Status (Check one)

   1. Married        3. Widowed        X 5. Divorced
   2. Remarried      4. Separated        6. Never Married
                                         7. Unknown

6. Race/Ethnic Ancestry (Check one)

X 1. White, not Hispanic   4. Hispanic, Black        7. Pacific Islander
  2. Black, not Hispanic   5. American Indian/Alaskan  8. Unknown/Other
  3. Hispanic, White       6. Asian

7-9. Service Connected Disability

7. For PTSD (Pre-1980: PTSD often diagnosed as Psychoneurosis)

   X. No   1. Yes   2. Veteran declined to answer

8. For Psychiatric. Other than PTSD

   X. No   1. Yes   2. Veteran declined to answer

9. For Medical, non-Psychiatric

   X. No   1. Yes   2. Veteran declined to answer

10-11. Percent service connection (Leave blank if not service connected)

10. For Psychiatric (Including PTSD) N/A

CLIN DOC: Multi-Document                                                          Page: 16
GAY,NATHANIEL WAYNE SSN#420253592                      Printed on: Oct 16, 2009 10:18:58 am
System: ECP.BIRMINGHAM.MED.VA.GOV                                              Division: 322

322 COPY

11. For Physical. N/A

12. Veteran's living arrangement at the time of admission to this program. (Check one)

X 1. Community residence           5. Veteran declined to answer
   2. Inpatient admission          6. Clinician failed to ascertain
   3. Residential admission (e.g., PRRP)
   4. Lodging status, whether in the community or the hospital

II. MILITARY

13. Period of Service. (Check all that apply)

   1. Pre-WW II             5. Between Korean and Vietnam Wars
   2. World War II           6. Vietnam War
   3. Pre-Korean War         7. Post-Vietnam War
   4. Korean War            X 8. Persian Gulf War (IRAQ)

14. Did the veteran ever serve in a war zone?

0. No   X 1. Yes   2. Veteran declined to answer

15. Did the Veteran receive friendly or hostile incoming fire from small arms, artillery, rockets, mortars or bombs?

0. No   X 1. Yes   2. Veteran declined to answer

16. Was the veteran ever a Prisoner of War?

X. No   1. Yes   2. Veteran declined to answer

17. Did the veteran ever observe others or participate (him/herself) in atrocities, such as torturing prisoners, mutilating enemy bodies, or harming civilians? If veteran both observed and participated, select "Participated." (Check one)

0. No                 3. Veteran declined to answer
X. Observed others    4. Clinician failed to ascertain
2. Participated

III. PSYCHIATRIC/ SUBSTANCE USE TREATMENT HISTORY

18. Has the veteran ever been hospitalized for treatment of an emotional or substance use problem, including war stress (PTSD)? (Check one)

0. No       2. At a non-VA        4. Veteran declined to answer
1. At a VA   3. At a VA and non-VA   5. Clinician failed to ascertain

19. Has the veteran ever received professional treatment as an outpatient for an emotional or substance use problem, including war stress (PTSD)? (Check one)

0. No
1. At a VA   3. At a VA and non-VA   4. Veteran declined to answer

CLIN DOC: Multi-Document                                        Page: 17
GAY,NATHANIEL WAYNE  SSN#420253592                 Printed on: Oct 16, 2009 10:18:58 am
System: ECP.BIRMINGHAM.MED.VA.GOV                         Division: 322

322 COPY

X1s I

```
5. PTSD  ..................  ...........  0. No   X   1. Yes
6. PTSS (sub-threshold for PTSD).       0. No       1. Yes
7. Alcohol Abuse/Dependence             X. No       1. Yes
8. Drug Abuse/Dependence ..............  X. No       1. Yes
9. Anxiety Disorder (other than PTSD)    X. No       1. Yes
0. Affective Disorder
     (Other than Bipolar Disorder)       X. No       1. Yes
linician failed to ascertain
1. Bipolar Disorder. .                  X. No       1. Yes
2. Schizophrenia .....................  X. No       1. Yes
3. Psychosis (other than Schizophrenia)  X. No       1. Yes
4. Other Axis I                         0. No    X 1. Yes
```

X1s II

```
5. Personality Disorder                 X. No       1. Yes
```

III. REFERRAL

6. What was the source of referral to your program? (Check one)

1. VAMC clinician or program   5. Self-referred or referred by a friend
2. Vet Center                  6. Veteran declined to answer
3. Non-VA clinician or agency     7. Clinician failed to ascertain
4. Community outreach by your program

X. SUPPLEMENTAL INFORMATION

7. Has the veteran ever been treated before in a specialized PTSD program?
Check one)

X. No                          3. Yes, both outpatient and inpatient
1. Yes, outpatient only        4. Veteran declined to answer
2. Yes, inpatient/residential only   5. Clinician failed to ascertain

8. Within the past 30 days, has the veteran experienced trouble controlling
violent behavior (e.g., hitting someone)?

0. No     X 1. Yes     2. Veteran declined to answer

9. Has the staff of your program verified the veteran's war zone service by
reference to the DD 214 or similar military records?

0. No          X 1. Yes

0. Is the veteran being evaluated for PTSD due to sexual trauma, which
occurred during active military duty?

X. No     1. Yes     2. Veteran declined to answer

1. Is the veteran being evaluated for PTSD due to non-combat nonsexual
trauma, which was incurred in the course of military duties?

C&P Final Report                                                                Page: 6

Name: GAY, NATHANIEL WAYNE                    SSN: 420253592          C-number: 420253592
For GENERAL MEDICAL EXAMINATION Exam
================================================================================


Exam Results Continued

    MUSCLE SYMPTOMS:
      None
    ARE THERE FLARE-UPS OF MUSCLE DISEASE? No

    JOINT SYMPTOMS:
      None
    ARE THERE FLARE-UPS OF JOINT DISEASE? No

    LEFT FOOT SYMPTOM(S):
      None
    RIGHT FOOT SYMPTOM(S):
      None
    ARE THERE FLARE-UPS OF FOOT DISEASE? No

    IS THE EXAMINATION FOR INTERVERTEBRAL DISC SYNDROME? No
      OTHER SPINE AND DISC DISEASE SYMPTOM(S):
        None
    ARE THERE FLARE-UPS OF SPINAL DISEASE? No

    IS THERE A HAND PROBLEM? No
    ARE THERE FLARE-UPS OF HAND DISEASE? No

    ASSISTIVE AIDS NEEDED FOR WALKING:
      None

NEUROLOGIC ROS
--------------
    IS THERE A HISTORY OF WEAKNESS OR PARALYSIS? No
    IS THERE A HISTORY OF PARESTHESIAS? No
    IS THERE A HISTORY OF NUMBNESS? No
    IS THERE A HISTORY OF MEMORY LOSS? Yes
    IS THERE A HISTORY OF POOR COORDINATION? No
    IS THERE A HISTORY OF VISION LOSS? No
    IS THERE A HISTORY OF SPEECH DIFFICULTY? No
    IS THERE A HISTORY OF OTHER SYMPTOM(S): No

PSYCHIATRIC ROS
---------------
    IS THERE A HISTORY OF INTERPERSONAL RELATIONSHIP DIFFICULTIES? Yes
    IS THERE A HISTORY OF DEPRESSION? Yes
    IS THERE A HISTORY OF PANIC ATTACKS? Yes
    IS THERE A HISTORY OF SUBSTANCE ABUSE? No
    IS THERE A HISTORY OF MEMORY PROBLEMS? Yes
    IS THERE A HISTORY OF LOSS OF CONTROL/VIOLENCE POTENTIAL? Yes
    IS THERE A HISTORY OF HOMICIDAL SYMPTOMS? No


Continued on next page
VA Form 2507

---

Printed on: Mar 27, 2008 7:40:17 am

System: VISTA.BIRMINGHAM.MED.VA.GOV                                    Division: 322

322 COPY

C&P Final Report                                                    Page: 4

Name: GAY,NATHANIEL WAYNE            SSN: 420253592      C-number: 420253592
For INITIAL EVALUATION FOR POST-TRAUMATIC STRESS DISORDER (PTSD) Exam
================================================================================

Exam Results Continued

  BEHAVIORAL DISTURBANCES OR LEGAL PROBLEMS PRIOR TO SERVICE? No

  MILITARY HISTORY
  ----------------
    DATE(S) OF SERVICE: 8/31/2004-11/19/2007

    BRANCH OF SERVICE: Army

    HIGHEST RANK OBTAINED: E4

    TYPE OF DISCHARGE: General under honorable conditions

    RANK AT DISCHARGE: E1

    MILITARY OCCUPATIONAL SPECIALTY: INFANTRYMAN


    DECORATIONS AND MEDALS AWARDED: MARINE CORPS GOOD CONDUCT MEDAL;
        NATIONAL DEFENSE SERVICE MEDAL; GLOBAL WAR ON TERRORISM SERVICE
    MEDAL;
        IRAQ CAMPAIGN MEDAL; ARMY SERVICE RIBBON; CIB


    DISCIPLINARY INFRACTIONS AND ADJUSTMENT PROBLEMS: YES - verbal
        altercations with superiors, was demoted in rank; did not get
    R&R;
        stated they felt he was "flight risk" due to home situation.


    DID THE VETERAN HAVE COMBAT EXPERIENCE: Yes

    WERE COMBAT WOUNDS SUSTAINED: No

    LOCATION AND DATE OF COMBAT EXPERIENCE: 6/19/2006-9/25/2007 IRAQ


    ALCOHOL USE OR ABUSE: No Problematic Effects

    OTHER SUBSTANCE USE OR ABUSE: No Use

    OTHER SIGNIFICANT MILITARY HISTORY: No significant medical history
        reported.

    "pattern of misconduct" reported on DD-214. Veteran reports memory


Continued on next page
VA Form 2507

---

Printed on: Mar 27, 2008 7:40:17 am

System: VISTA.BIRMINGHAM.MED.VA.GOV                              Division: 322

322 COPY

C&P Final Report                                                    Page: 5

Name: GAY,NATHANIEL WAYNE              SSN: 420253592      C-number: 420253592
For INITIAL EVALUATION FOR POST-TRAUMATIC STRESS DISORDER (PTSD) Exam
===============================================================================


Exam Results Continued

        problems, work problems, anger, irritability. Stated that they
    took his
        having PTSD as a sign of disrespect, such as when he would get
        'snappy'
        with a superior. Stated that he kept getting in trouble for
    making smart
        comments, not wanting to be there. Stated he was getting shot at
    every
        day, could not sleep. No physical violence reported. Reported
    that he
        did not receive any leave time. Stated he was furious at his
    wife for
        .leaving him in June 07. Stated that his friend, who helped him
    through
        relationship problems, died by snifer fire June 9 07, which
    happened to
        be the same day his grandmother passed away. A few days later he
    found
        his wife was having an extramarital affair. He stated that he
    started
        stuttering, etc. Stated "they twisted everything I have done the
    wrong
        way."  Stated that he went to mental health everyday.

        *******************************


  PTSD INITIAL: POST MILITARY PSYCHOSOCIAL HISTORY
  ------------------------------------------------
    LEGAL HISTORY? Yes
      COMMENTS AND DESCRIPTION OF LEGAL HISTORY:
        Arrested after return from service due to threatening comments
made
        toward wife. Spent 12 hours in jail. Still going to court for
        divorce proceedings.

    EDUCATIONAL ACCOMPLISHMENTS? No

    DESCRIPTION OF MARITAL AND FAMILY RELATIONSHIPS:
        In the process of divorce. Was married for about 3 years. Described
        some "bickering" prior to service, but escalated during service.
Has a
        daughter, age 2. Has not seen her since she was 3 weeks old. Wife
        currently has emergency restraining order against veteran. Veteran
        lives with roommate in an apartment. No current romantic


Continued on next page
VA Form 2507


REPORT: -- C&P EXAMS ----                                           Page: 535

C&P Final Report                                                    Page: 7

Name: GAY,NATHANIEL WAYNE           SSN: 420253592      C-number: 420253592
For INITIAL EVALUATION FOR POST-TRAUMATIC STRESS DISORDER (PTSD) Exam
=======================================================================

Exam Results Continued

  ATTITUDE TOWARD EXAMINER:
    Cooperative

  AFFECT:
    Constricted

  MOOD:
    Agitated, Dysphoric

  ATTENTION:
    Attention Intact

  ORIENTATION:
    INTACT TO PERSON: Yes

    INTACT TO TIME: Yes

    INTACT TO PLACE: Yes

  THOUGHT PROCESS:
    Unremarkable

  THOUGHT CONTENT:
    Unremarkable, Preoccupation with one or two topics

  JUDGMENT: Understands outcome of behavior

  INTELLIGENCE: Average

  INSIGHT: Patient understands that he/she has a problem.

  DOES THE PATIENT HAVE SLEEP IMPAIRMENT? Yes
    COMMENTS AND DESCRIPTION OF EXTENT SLEEP IMPAIRMENT INTERFERES WITH
    DAILY ACTIVITY:
      Has difficulty with sleep  onset 4x per week. Reports feeling tired
      during the day.

  TYPE OF HALLUCINATIONS:
    None

  DOES THE PATIENT HAVE INAPPROPRIATE BEHAVIOR? Yes
    EXAMPLES OF INAPPROPRIATE BEHAVIOR:
      History of threatening comments toward wife.

  INTERPRETS PROVERBS APPROPRIATELY? Yes


Continued on next page
VA Form 2507

---

Printed on: Mar 27, 2008 7:40:17 am

System: VISTA.BIRMINGHAM.MED.VA.GOV                           Division: 322

322 COPY

C&P Final Report                                                    Page: 8

Name: GAY,NATHANIEL WAYNE            SSN: 420253592       C-number: 420253592
For INITIAL EVALUATION FOR POST-TRAUMATIC STRESS DISORDER (PTSD) Exam
======================================================================

Exam Results Continued

   DOES THE PATIENT HAVE OBSESSIVE/RITUALISTIC BEHAVIOR? Yes

   DOES THE PATIENT HAVE PANIC ATTACKS? Yes
     FREQUENCY, SEVERITY, DURATION AND EFFECTS ON FUNCTIONING:
        Hyperventilating; feels he is going to die; heart palpitations; 2x
per
        week; for few minutes each.

   IS THERE PRESENCE OF HOMICIDAL THOUGHTS? Yes
     COMMENTS:
        Passive ideation; no intent, or plan.

   IS THERE PRESENCE OF SUICIDAL THOUGHTS? No

   EXTENT OF IMPULSE CONTROL: Fair
   EPISODES OF VIOLENCE: Yes

   ABILITY TO MAINTAIN MINIMUM PERSONAL HYGIENE? Yes

   IS THERE PROBLEM WITH ACTIVITIES OF DAILY LIVING: No


   MEMORY
   ------
      REMOTE MEMORY: Normal
      RECENT MEMORY: Mildly Impaired
      IMMEDIATE MEMORY: Normal
        EXAMPLE(S) OF MEMORY DISORDER:
          Veteran recalled 3/3 words immediately after they were
presented
          by the examiner and none after a short delay.

          Stated that he has had short-term memory problems; feels
          that this
                  affects his work


   PTSD STRESSORS
   --------------
     STRESSOR EVENT(S) THE VET FOUND PARTICULARLY TRAUMATIC:
       Combat experience
         DESCRIPTION OF STRESSOR: Combat experience
           DATE AND LOCATION: Iraq 2006-2007
           TRAUMA OCCURRED: During Military Service


Continued on next page
VA Form 2507

C&P Final Report                                                    Page: 9

Name: GAY,NATHANIEL WAYNE            SSN: 420253592       C-number: 420253592
For INITIAL EVALUATION FOR POST-TRAUMATIC STRESS DISORDER (PTSD) Exam
================================================================================

Exam Results Continued

          INDIVIDUALS WHO WITNESSED OR WERE INVOLVED IN THE EVENT:
       see below
         INTENSE FEAR: Yes
         FEELING OF HOPELESSNESS: Yes
         FEELING OF HORROR: Yes
         HEALTH CARE FACILITIES WHERE TRAUMA-RELATED INJURIES WERE
       TREATED:
                 veteran not injured.
  ADDITIONAL COMMENTS: Stated that they were under fire, small arms
                 fires, IED every day. Veteran fired his weapon at
          the enemy. Stated
                 that he was with a striker brigade.

       He reported that car bombs were driven threw the gate, and
       driver
                 blew up herself. Veteran stated that he saw this
       happen, was a
                 football field in distance away.

       Stated that he had several friends who were killed or
       injured.
                 Veteran's friend, Scott Alan Miller was killed as
       they were entering
                 and clearing roooms. A sniper fired at him from on
       the roof. Veteran
                 was present when this occurred.

       Billy Farris, blown up by IED. Veteran was not present
       during the
                 attack but saw the aftermath.

       Stated that he saw dead bodies on the roads.
       ******************************

  TRAUMA EXPOSURE TESTING
  -----------------------
    TESTING FOR TRAUMA EXPOSURE VETERAN HAS UNDERGONE:
       No testing has been done

  PTSD SYMPTOMS
  -------------
    PERSISTENT RE-EXPERIENCING THE TRAUMATIC EVENT BY:
       Recurrent and intrusive distressing recollections of the event,

Continued on next page
VA Form 2507

--------------------------------------------------------------------------------

                                               Printed on: Mar 27, 2008 7:40:17 am
System: VISTA.BIRMINGHAM.MED.VA.GOV                                 Division: 322

                                                              322 COPY

C&P Final Report                                          Page: 10

Name: GAY, NATHANIEL WAYNE          SSN: 420253592      C-number: 420253592
For INITIAL EVALUATION FOR POST-TRAUMATIC STRESS DISORDER (PTSD) Exam
================================================================================


Exam Results Continued

     including images, thoughts, or perceptions; Recurrent distressing
     dreams of the event

   PERSISTENT AVOIDANCE OF STIMULI ASSOCIATED WITH THE TRAUMA AND
NUMBING
   OF GENERAL RESPONSIVENESS:
     Efforts to avoid thoughts, feelings, or conversations associated
with
     the trauma, Efforts to avoid activities, places, or people that
arouse
     recollections of the trauma, Feeling of detachment or estrangement
     from others

   PERSISTENT SYMPTOMS OF INCREASED AROUSAL:
     Difficulty falling or staying asleep, Irritability or outbursts of
     anger, Hypervigilance, Exaggerated startle response

   THE DISTURBANCE CAUSES CLINICALLY SIGNIFICANT DISTRESS OR IMPAIRMENT
IN
     SOCIAL, OCCUPATIONAL OR OTHER IMPORTANT AREAS OF FUNCTIONING: Yes

   DESCRIPTION OF THE ONSET OF SYMPTOMS: Chronic

   FREQUENCY, SEVERITY AND DURATION OF PTSD SYMPTOMS FOUND:
     Symptoms are moderate and have persisted since his tour in Iraq.
     Stated that helicopters bring back memories of Iraq. Has
niglhtmares 2-
     3x per week.

   LENGTH OF REMISSIONS AND CAPACITY FOR ADJUSTMENT DURING REMISSION:
     N/A

   BEHAVIORAL, COGNITIVE, SOCIAL, AFFECTIVE, OR SOMATIC CHANGE THE
VETERAN
     ATTRIBUTES TO STRESS EXPOSURE:
     see above.


TESTS
=====

  INTERVIEW-BASED DIAGNOSTIC INSTRUMENTS FOR PTSD:
    None

  QUANTITATIVE PSYCHOMETRIC ASSESSMENT OF PTSD SYMPTOM SEVERITY:


Continued on next page
VA Form 2507


---

REPORT: -- C&P EXAMS ----                                Page: 540
                                      Printed on: Mar 27, 2008 7:40:17 am
System: VISTA.BIRMINGHAM.MED.VA.GOV                          Division: 322

322 COPY

C&P Final Report                                          Page: 12

Name: GAY,NATHANIEL WAYNE          SSN: 420253592      C-number: 420253592
For INITIAL EVALUATION FOR POST-TRAUMATIC STRESS DISORDER (PTSD) Exam
======================================================================


Exam Results Continued

     DESCRIPTION OF PRIMARY STRESSOR(S) RELATED TO PTSD:
          combat experience in Iraq. stressor is conceeded.

   DOES THE VETERAN MEET THE DSM-IV CRITERIA FOR A DIAGNOSIS OF PTSD? Yes
     AXIS I: PTSD, mild; Depressive Disorder NOS
          IF ANY ADDITIONAL MENTAL DISORDERS HAVE BEEN DIAGNOSED, EXPLANATION
OF
          HOW THE SYMPTOMS ARE RELATED TO OR ARE PART OF EACH MENTAL
DISORDER:
          PTSD: sx of arousal, avoidance, re-experiencing
          Depressive Disorder NOS - depressed mood in relation to
          psychosocial
                    stressors of divorce and legal process

     AXIS II: Diagnosis deferred
     AXIS III: Diarrhea
     AXIS IV: Divorce; legal process
     AXIS V: GLOBAL ASSESSMENT OF FUNCTIONING
     ----------------------------------------
        SCORE: 62TIME FRAME: Current functioning
        COMMENTS:
          Veteran evaluated by Kristi Clements, Ph.D., under the
supervision
          of Katherine Fabrizio, Ph.D., Licensed Clinical Psychologist.


PSYCH SUMMARY
=============
   CHANGES IN FUNCTIONAL STATUS AND QUALITY OF LIFE SINCE LAST EXAM:
     Performance in employment, Physical health, Social/interpersonal
     relationships, Other
        COMMENTS CONCERNING FUNCTIONAL STATUS AND QUALITY OF LIFE:
          Veteran reports mild memory and concentration problems since his
          return from service, which he feels has impacted his work
          performance. He noted sleep disruption and irritability. He
stated
          that he has been experiencing diarrhea and weight loss. Veteran
          indicated that while he was serving in Iraq, his wife had an
          extramarital affair and they are in the process of divorce. He
          reportedly made threatening comments toward her and his wife now
has
          a restraining order placed against the him.

   DESCRIPTION OF LINKAGE BETWEEN PTSD SYMPTOMS AND AFOREMENTIONED CHANGES
IN


Continued on next page
VA Form 2507


---

REPORT: -- C&P EXAMS ----                                    Page: 542

System: VISTA.BIRMINGHAM.MED.VA.GOV                          Division: 322

322 COPY

# Pvt Scott Alan Miller

| | |
|---|---|
| Birth: | Jul. 14, 1986 |
| | Casper |
| | Natrona County |
| | Wyoming, USA |
| Death: | Jun. 9, 2007 |
| | Baghdad, Iraq |

Scott talked of joining the Army as a boy and did so in July 2004, after graduating from Natrona County High School. He was supposed to have been discharged recently, but his tour was extended by three months. He wasn't known for being a good student, but he had lots of friends and loved to laugh and talk and spend time with his family, deer hunting, barbecuing, going to dinner dates with his grandmother, fishing and being outside. He was fun loving and easy going and always had a smile for anyone. He was a great athlete and a gentle giant. He was a chewer of Copenhagen and a "git 'er done" sort of guy, much to his parents' chagrin. Three of the most important things in his life were his brothers, Mark and Paul, and his girlfriend, Anita Renemans. Scott was assigned to the 5th Battalion, 20th Infantry Regiment, 3rd Brigade, 2nd Infantry Division (Stryker Brigade Combat Team), Fort Lewis, Washington. He is survived by his parents, Robert "Bob" and Susan "Susi" (Harris) Miller; two brothers, Mark and his wife, Brooke and their son, Talan; and Paul; grandparents, Oral and Joan Miller and Mary and the late Jim Harris, all of Casper; Great-Grandma, Luci Harris of Atchison, Kansas; 19 cousins, 17 aunts and uncles and numerous great-aunts, uncles and cousins. Scott is finally home in Casper, where he always wanted to be.

Burial:
Oregon Trail State Veterans Cemetery
Evansville
Natrona County
Wyoming, USA
Plot: BURIED AT: SECTION B SITE 1153

Created by: Sue
Record added: Jun 12, 2007
Find A Grave Memorial# 19848656



Added by: Sue



Added by: Sue



Added by: Inga McCoy

There are 3 more photos not showing...

# HONOR THE FALLEN

Honoring those who fought and died in Operation
Enduring Freedom, Operation Iraqi Freedom and
Operation New Dawn



€ SHARE ✏ ✉ ⎙

## Army Cpl. Casey L. Mellen
### Died September 25, 2006 Serving During Operation Iraqi Freedom

21, of Hermosa City, Ariz., assigned to 5th Battalion, 20th Infantry Regiment, 3rd Brigade, 2nd Infantry Division (Stryker Brigade Combat Team), Fort Lewis, Wash.; died Sept. 25 in Balad, Iraq, of injuries sustained when his armored patrol came in contact with enemy forces using small-arms fire during combat operations in Mosul, Iraq.

## SEARCH OUR DATABASE

First Name

Last Name

Date Range
mm/dd/yyyy        mm/dd/yyyy

Conflict

Home State

Home Town

SEARCH

## View By Year & Month

**2017**
January February March
April May June July
August September
October November
December

**2016**
January February March
April May June July
August September
October November
December

**2015**
January February March
April May June July
August September
October November
December

**2014**
January February March
April May June July
August September
October November
December

**2013**
January February March
April May June July
August September
October November
December

**2012**
January February March
April May June July
August September
October November
December

**2011**
January February March
April May June July
August September
October November
December

**2010**
January February March
April May June July
August September
October November
December

**2009**
January February March
April May June July
August September
October November
December

**2008**
January February March
April May June July
August September
October November
December

**2007**
January February March
April May June July
August September

**2006**
January February March
April May June July
August September

**2005**
January February March
April May June July
August September

**2004**
January February March
April May June July
August September

**2003**
January February March
April May June July
August September

f  y  ✉

# Jesse L. Williams, 25 (/wardead/age/twenty-five/)



(/wardead/branch/army,



Army (/wardead/branch/army/), Staff Sergeant

Based: Ft. Lewis, Wash. (/wardead/base/ft-lewis-wash/)

5th Battalion, 20th Infantry Regiment, 3rd Brigade, (Stryker Brigade Combat Team) 2nd Infantry Division (/wardead/unit/5th-battalion-2/)

Supporting: Operation Iraqi Freedom (/wardead/supporting/operation-iraqi-freedom/)

Died: April 8, 2007 (/wardead/date/2007/04/)

Baqubah (died in Balad), Iraq (/wardead/place-of-death/iraq/)

Married (/wardead/marital-status/married/), 1 child (/wardead/children/one/)

Gender: Male (/wardead/gender/male/)

Hometown: Santa Rosa (/wardead/hometown/santa-rosa/)

High School: Santa Rosa High (Santa Rosa) (/wardead/high-school/santa-rosa/santa-rosa-high/)

Burial: Santa Rosa Memorial Park, Santa Rosa, Calif. (/wardead/cemetery/santa-rosa-memorial-park-santa-rosa-calif/)

**66**

Don't let me be forgotten in Santa Rosa.... Tell them I died for you and them.

**99**

— Jesse L. Williams, In a letter to be read in the event of his death

Known for being charming and humorous, Williams had promised his wife on their wedding day that he would make her laugh every day for the rest of her life.

🖶 **Related**

▸ Times obituary (http://articles.latimes.com/2007/06/10/williams10)

⊕ Daniel J. Santee, 04/14/2007 (../../../wardead/name/daniel-j-santee/)

James J. Coon, 04/04/2007 ⊕ (../../../wardead/name/james-j-coon/)

## Nine memories of Jesse L. Williams

**66**

I never new the guy but sounds like a really good dude. It hurts me a lot to see all of these awesome people gone. Everlasting love and light on your souls journey through Gods Land.

**99**

— Ryan, October 14, 2009 at 11:29 a.m. 🖶 (/wardead/name/jesse-l-williams/#c18542)

**66**

I miss you Jesse, you were the best bro ever, R.I.P man, I love you Jess

**99**

— Kelli Ohumukini, December 16, 2009 at 10:57 a.m. 🖶 (/wardead/name/jesse-l-williams/#c20074)

**66**

4/11/2017

Case 2:17-cv-00767-MHH   Document 1   Filed 05/10/17   Page 33 of 38
Army Capt. Richard G. Cliff Jr. | Military Times

# HONOR THE FALLEN

Honoring those who fought and died in Operation Enduring Freedom, Operation Iraqi Freedom and Operation New Dawn



🔗 SHARE   ◼ ♡ ▮▮

# Army Capt. Richard G. Cliff Jr.

## Died September 29, 2008 Serving Our ...g Operation Enduring Freedom

29, of Mount Pleasant, S.C., assigned to the ... d Battalion, 7th Special Forces Group, Fort Bragg, N.C.; died Sept. 29 in Yakhchal, Afghanistan, from wounds sustained when his vehicle encountered an improvised explosive device during mounted operations. Also killed were Sgt. 1st Class Jamie S. ... and ... nd Sgt. 1st Class Gary J. Vasquez.

Army Capt. Richard G. Cliff Jr. remembered by

The Associated Press

Richard G. Cliff Jr. spent as much time in ... water as a dolphin, swimming and surfing with his brother. The two boys, born only ... months apart, had a special bond.

"It was just him and me," Edore recalled. "He ... was my big brother and I looked ... p at him."

Cliff, 29, of Mount Pleasant, S.C., was killed Sept. 29 in an explosion in Yakhchal. He was a 2002 graduate of Appalachian State University and was assigned to Fort Bragg.

He wrestled in high school and ... and ... d two tours in Iraq. Before his 2008 deployment ended, Cliff was called ... and ... invited to take the Special Forces Qualification Course.

Cliff was so serious about his duty that he spent his time in Charleston at the family's house on Folly, running up and down ... m with a 70-pound rucksack on, to get ready for his training. He earned the Green Beret ... July.

Cliff had come home for the Sept. 4 birth of ... y son and returned to Afghanistan a week later. He was about as happy as it ... g as I could ... n home," said Eddie Cliff. "He was a very proud father."

Cliff also is survived by his wife, Stacy, a ... n ... Richard.

## SEARCH OUR DATABASE

First Name

Last Name

Date Range
mm/dd/yyyy    mm/dd/yyyy

Conflict
▼

Home State
▼

Home Town

SEARCH

# View By Year & Month

**2017**
January February March April May June July August September October November December

**2016**
January February March April May June July August September October November December

**2015**
January February March April May June July August September October November December

**2014**
January February March April May June July August September October November December

**2013**
January February March April May June July August September October November December

**2012**
January February March April May June July August September October November December

**2011**
January February March April May June July August September October November December

**2010**
January February March April May June July August September October November December

**2009**
January February March April May June July August September October November December

**2008**
January February March April May June July August September October November December

**2007**
January February March April May June July August September ...

**2006**
January February March April May June July August September

**2005**
January February March April May June July August September

**2004**
January February March April May June July August September

**2003**
January February March April May June July August September

4/11/2017

Case 2:17-cv-00767-MHH   Document 1   Filed 05/10/17   Page 34 of 38
Capt Drew Nicholas Jensen (1979 - 2007) - Find A Grave Memorial

# Capt Drew Nicholas Jensen

Birth:      Oct. 1, 1979
            Coos Bay
            Coos County
            Oregon, USA
Death:      Sep. 7, 2007
            Seattle
            King County
            Washington, USA

Army Capt. Jensen was assigned to the 5th
Battalion, 20th Infantry Regiment, 3rd
Brigade, 2nd Infantry Division (Stryker
Brigade Combat Team), Fort Lewis,
Washington. Jensen died in Seattle of wounds
suffered when insurgents attacked his unit
using small-arms fire during combat
operations May 7 in Baqubah, Iraq. Drew
grew up in Damascus, Oregon where he
graduated from Sam Barlow High School. He
then attended West Point Military Academy in
2002 with a bachelor's degree in history. As a
member of the first Stryker Brigade, he was
deployed to Iraq from November 2003 to
October 2004. He was then deployed again in
June 2006 leaving behind his wife and best
friend, Stacia. On May 7, 2007, Drew, as the
mortar platoon leader, set out to recover a
Bradley Fighting Vehicle damaged by a
roadside bomb in Baquba. As his group came
under small-arms fire, he spotted a lone
soldier pinned behind a vehicle. He left the
shelter of a building and ran to help but he
never made it. A sniper had taken aim and
Drew was hit in the neck. The attack left him
paralyzed and unable to breathe on his own.
After emergency treatment in Iraq, he was
sent to Landstuhl, Germany for stabilization
and later flown to Walter Reed Army Medical
Center in Washington, D. C. While in the
intensive care unit, Drew received two
surprise visitors – retired naval pilot George
Kraus and Prince Leopold D'Arenberg of
Belgium whose mother and sisters were
rescued by American soldiers from a Nazi
death camp in 1945. Both were visiting on
behalf of a Virginia-based philanthropic
organization and a fund was set up to help
families of severely injured soldiers. On June
1, Drew left by private plane for the Puget
Sound VA in Seattle. In November 2003
before leaving on his first combat tour, he
made arrangements to not live by artificial
life support if severely injured – his wishes
were followed. He closed his own funeral with
an audio recording in which he apologized to
those who couldn't understand his decision.



Added by: Ron



Added by: Ron

4/11/2017

Case 2:17-cv-00767-MHH   Document 1   Filed 05/10/17   Page 35 of 38
Capt Drew Nicholas Jensen (1979 - 2007) - Find A Grave Memorial

Drew was an Eagle Scout and a natural born leader. He inspired those around him with his leadership qualities, charisma, loyalty and being a genuine person – he never had anything bad to say about anyone. Drew was a wonderful person who never bragged about his successes at West Point and in Iraq. He was a passionate person who gave his best to whatever he did – he handled an extraordinarily difficult situation in his own extraordinary way.

Burial:
Willamette National Cemetery
Portland
Multnomah County
Oregon, USA
Plot: Section S, Site 834

Created by: Brenda N
Record added: Sep 10, 2007
Find A Grave Memorial# 21477721



Added by: Brenda N

There are 3 more photos not showing...
Click here to view all images...

 - Shamrocks
Added: Sep. 10, 2015

 - Sincerely Yours
Added: Sep. 8, 2014

 Thank you for your service and sacrifice. Rest in peace.
- Clare
Added: Sep. 7, 2014



Blessings

There are 41 more notes not showing...
Click here to view all notes...

# HONOR THE FALLEN

Honoring those who fought and died in Operation Enduring Freedom, Operation Iraqi Freedom and Operation New Dawn



## Army Cpl. Billy B. Farris

### Died December 3, 2006 Serving During Operation Iraqi Freedom

20 of Bapchule Ariz, assigned to the 5th Battalion, 20th Infantry Regiment, 3rd Brigade, 2nd Infantry, Division Fort Lewis, Wash. Died Dec. 3 of injuries sustained when an improvised explosive device detonated near his vehicle while conducting escort operations in Taji, Iraq.

⬛ SHARE   💬🕐📧

## SEARCH OUR DATABASE

First Name

Last Name

Date Range

mm/dd/yyyy          mm/dd/yyyy

Conflict

Home State

Home Town

**SEARCH**

## View By Year & Month

### 2017
January February March
April May June July
August September
October November
December

### 2016
January February March
April May June July
August September
October November
December

### 2015
January February March
April May June July
August September
October November
December

### 2014
January February March
April May June July
August September
October November
December

### 2013
January February March
April May June July
August September
October November
December

### 2012
January February March
April May June July
August September
October November
December

### 2011
January February March
April May June July
August September
October November
December

### 2010
January February March
April May June July
August September
October November
December

### 2009
January February March
April May June July
August September
October November
December

### 2008
January February March
April May June July
August September
October November
December

### 2007
January February March
April May June July
August September

### 2006
January February March
April May June July
August September

### 2005
January February March
April May June July
August September

### 2004
January February March
April May June July
August September

### 2003
January February March
April May June July
August September

# Kenneth J Iaciofano, Jr

Birth:       Sep. 13, 1987
Death:      Nov. 14, 2009

Note: SPC US ARMY; IRAQ

Burial:
Rhode Island Veterans Memorial Cemetery
Exeter
Washington County
Rhode Island, USA
Plot: Section J-1 Row 12 #900

Created by: GerbLady
Record added: May 20, 2010
Find A Grave Memorial# 52617147



Added by: SCVet



Cemetery Photo
Added by: Rick OBrien

- Veteran's family
Added: Oct. 4, 2013

# Simon W Ling

Birth:      Dec. 21, 1986
Death:      May 13, 2015

Burial:
Calverton National Cemetery
Calverton
Suffolk County
New York, USA
Plot: Section 35 Site 3361

Created by: J. Edward Ross
Record added: May 25, 2015
Find A Grave Memorial# 146951149



Cemetery Photo
Added by: John T. Chiarella